# EXHIBIT A

**Sentinel Management Group, Inc.**
**Summary Of Customer Withdrawals During The 90 Day Period Prior To And Including August 17, 2007**
**Dynamic Allocation CTA Fund LLC** [1]

| | | | Transaction Data | | |
|---|---|---|---|---|---|
| **Account** | **Number** | **ID** | **Description** | **Date** | **Amount** |
| DAC001-USD-001 | 325826 | WIRE | Wire Transfer to American Bank FBO Dynamic Allocation | 5/23/2007 | $ (4,354.65) |
| DAC001-USD-001 | 326391 | WIRE | Wire Transfer to Doyle and Bolotin FBO Dynamic | 5/25/2007 | (2,381.25) |
| DAC001-USD-001 | 326730 | WIRE | Wire Transfer to Marvin Langston FBO Dynamic | 5/29/2007 | (179,275.20) |
| DAC001-USD-001 | 326730 | WIRE | Wire Transfer to Larry Trammell FBO Dynamic | 5/29/2007 | (215,098.07) |
| DAC001-USD-001 | 326730 | WIRE | Wire Transfer to Robert Ayers FBO Dynamic | 5/29/2007 | (262,845.08) |
| DAC001-USD-001 | 327729 | WIRE | Wire Transfer to Scott Freund IRA FBO Dynamic Allocation | 6/1/2007 | (89,992.72) |
| DAC001-USD-001 | 327726 | WIRE | Wire Transfer to Scott Freund FBO Dynamic Allocation | 6/1/2007 | (93,035.54) |
| DAC001-USD-001 | 327731 | WIRE | Wire Transfer to J. Miller IRA FBO Dynamic Allocation | 6/1/2007 | (163,614.08) |
| DAC001-USD-001 | 327734 | WIRE | Wire Transfer to S. Grube FBO Dynamic Allocation | 6/1/2007 | (167,520.47) |
| DAC001-USD-001 | 327733 | WIRE | Wire Transfer to M. Albers FBO Dynamic Allocation | 6/1/2007 | (203,815.24) |
| DAC001-USD-001 | 327720 | WIRE | Wire Transfer to K. Duffy FBO Dynamic Allocation | 6/1/2007 | (209,818.40) |
| DAC001-USD-001 | 327719 | WIRE | Wire Transfer to L. Friedman FBO Dynamic Allocation | 6/1/2007 | (215,098.07) |
| DAC001-USD-001 | 327718 | WIRE | Wire Transfer to R. Matikjiw FBO Dynamic Allocation | 6/1/2007 | (239,408.64) |
| DAC001-USD-001 | 327717 | WIRE | Wire Transfer to J. Miller FBO Dynamic Allocation | 6/1/2007 | (468,121.36) |
| DAC001-USD-001 | 327716 | WIRE | Wire Transfer to F. Gumbinner FBO Dynamic Allocation | 6/1/2007 | (624,998.51) |
| DAC001-USD-001 | 328276 | WIRE | Wire Transfer to Dan Ryan Builders Inc. FBO Dynamic | 6/5/2007 | (222,900.69) |
| DAC001-USD-001 | 333636 | WIRE | Wire Transfer to Futures Accounting FBO Dynamic Allocation C | 6/29/2007 | (13,248.75) |
| DAC001-USD-001 | 337693 | WIRE | Wire Transfer to Chhabra & Associates FBO Dynamic | 7/23/2007 | (6,500.00) |
| DAC001-USD-001 | 338227 | WIRE | Wire Transfer to American Bank FBO Dynamic Allocation | 7/25/2007 | (4,019.08) |
| DAC001-USD-001 | 338498 | WIRE | Wire Transfer to Marvin J. Langston FBO Dynamic | 7/26/2007 | (1,281.88) |
| DAC001-USD-001 | 338498 | WIRE | Wire Transfer to Larry M. Trammell FBO Dynamic | 7/26/2007 | (1,538.03) |
| DAC001-USD-001 | 338498 | WIRE | Wire Transfer to Michael Albers FBO Dynamic | 7/26/2007 | (1,718.52) |
| DAC001-USD-001 | 338498 | WIRE | Wire Transfer to Laurie Friedman Revocable Trust | 7/26/2007 | (1,813.66) |
| DAC001-USD-001 | 338498 | WIRE | Wire Transfer to Robert Stephen Ayers FBO Dynamic | 7/26/2007 | (1,879.43) |
| DAC001-USD-001 | 338498 | WIRE | Wire Transfer to Dan and Katie Ryan FBO Dynamic | 7/26/2007 | (1,879.44) |
| DAC001-USD-001 | 338498 | WIRE | Wire Transfer to Roman Matijkiw FBO Dynamic | 7/26/2007 | (2,018.63) |
| DAC001-USD-001 | 338498 | WIRE | Wire Transfer to James H. Miller Living Trust FBO Dynamic | 7/26/2007 | (3,947.08) |
| DAC001-USD-001 | 338498 | WIRE | Wire Transfer to Fred Gumbinner Living Trust FBO Dynamic | 7/26/2007 | (5,269.83) |
| DAC001-USD-001 | 338762 | WIRE | Wire Transfer to James H. Miller IRA FBO Dynamic | 7/27/2007 | (1,379.55) |
| DAC001-USD-001 | 338762 | WIRE | Wire Transfer to Shannon W. Grube SEP IRA FBO Dynamic | 7/27/2007 | (1,412.49) |
| DAC001-USD-001 | 338762 | WIRE | Wire Transfer to Kevin C. Duffy IRA FBO Dynamic | 7/27/2007 | (1,769.84) |
| DAC001-USD-001 | 339744 | WIRE | Wire Transfer to Marvin Langston FBO Dynamic | 8/1/2007 | (1,281.88) |

**Note(s):**
(1) DAC001-USD-001 (Dynamic Allocation CTA Fund LLC) is a Seg 3 account.