**APPEARANCE**

---

**UNITED STATES BANKRUPTCY COURT**
**For the Northern District of Illinois**

| | |
|---|---|
| **In re** ) | **Chapter 11** |
| ) | |
| **Sentinel Management Group, Inc.,** ) | **Bankruptcy Case No. 07-14987** |
| ) | |
| **Debtor.** ) | **Honorable John H. Squires** |
| _____ ) | |
| **FREDERICK J. GREDE,** not individually ) | |
| but as Liquidation Trustee and ) | |
| Representative of the Estate of Sentinel ) | |
| Management Group, Inc., ) | **Adversary Case No. 09-00513** |
| **Plaintiff,** ) | |
| ) | |
| v. ) | |
| ) | |
| **DYNAMIC ALLOCATION CTA FUND,** ) | |
| **LLC,** ) | |
| ) | |
| **Defendant.** ) | |

I, THE UNDERSIGNED, HEREBY FILE MY APPEARANCE AS ATTORNEY FOR

**Frederick J. Grede, Liquidation Trustee**

---

| | |
|---|---|
| **Chris C. Gair** | **JENNER & BLOCK LLP** |
| Print Name on this Line | Firm Name |
| */s/ Chris C. Gair* | **330 North Wabash Avenue** |
| Signature | Street Address |
| Attorney ID Number **6190781** | **Chicago, IL 60611** |
| | City    State    Zip |
| | Telephone **312-222-9350** |
| | E-Mail **cgair@jenner.com** |

Trial Attorneys*
**Chris C. Gair**
Print Name
*Request is made for trial attorney to avoid possible conflicts scheduling

DATED: **September 22, 2009**

---

TYPE OF DEFENSE COUNSEL:

  CJA_____, RETAINED_____, SELF_____, NONE OTHER____, PUB DEF_____

---

FOR OFFICE USE ONLY:
    Party Code: P_____ D_____ TP_____